UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON HILL, | No. 2:20-cv-0145 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| MICHAEL SAVAGE, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 30, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. Plaintiff has filed objections to the findings and recommendations, as well as a proposed First Amended Complaint premised on entirely different circumstances and against a different defendant.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 30, 2020, are adopted in full;

2. This action is dismissed without leave to amend for failure to state a claim upon which relief may be granted, see 28 U.S.C. § 1915(e)(2)(B)(ii).

DATED: May 5, 2020

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE